## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nadia Arrella Glenn aka Nadia Arrella Corbin | CHAPTER 13 |
| Debtor | BKY. NO. 16-13439 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Pennsylvania Housing Finance Agency as Servicer for U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982), and index same on the master mailing list.

Re: Loan # Ending In: 7334

Respectfully submitted,

**/s/Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406