**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nadia** | **Arrella** | **Glenn** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number  16-13439
(if known)

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                              4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:   Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Kitchen: stove, refrigerator, dishwasher, microwave**<br><br>**(50% Equitable interest in total value of $1,000.00)**<br>Line from *Schedule A/B*: **6.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Laundry room: washer/dryer**<br><br>**(50% Equitable interest in total value of $500.00)**<br>Line from *Schedule A/B*: **6.2** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Household goods and furnishings consisting of: All kitchenware/cookware/flatware/small appliances ($100); Living room furniture ($1,500); Dining room furniture ($200); Kitchen table & chairs ($50); All bedroom furniture ($2,000); Lamps & accessories ($50);**<br>Line from *Schedule A/B*: **6.3** | $1,562.50 | ■ $1,562.50<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | **Nadia Arrella Glenn** | | Case number (if known) | **16-13439** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **2 i-pads; 2 laptops; Televisions; DVD player; Stereo equipment**<br><br>**(50% Equitable interest in total value of $1,500.00)**<br>Line from *Schedule A/B*: **7.1** | $750.00 | ■ | $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Books, pictures, CD's, DVD's, knick-knack's, & items primarily of personal value.**<br>Line from *Schedule A/B*: **8.1** | $200.00 | ■ | $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Clothing & personal effects for one adult.**<br>Line from *Schedule A/B*: **11.1** | $2,500.00 | ■ | $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Diamond engagement ring and wedding band, Tag Heuer watch**<br>Line from *Schedule A/B*: **12.1** | $4,100.00 | ■ | $1,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Diamond engagement ring and wedding band, Tag Heuer watch**<br>Line from *Schedule A/B*: **12.1** | $4,100.00 | ■ | $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Assorted costume jewelry consisting of: necklaces, earrings, bracelets, women's watch - all of no significant monetary value.**<br>Line from *Schedule A/B*: **12.2** | $100.00 | ■ | $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Housepet - Bichon Frise dog, not purebred**<br>Line from *Schedule A/B*: **13.1** | $50.00 | ■ | $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Checking: Citadel Federal CU: 520 Eagleview Blvd, Exton, PA 19341 Checking account # xxxxxx73-0**<br>Line from *Schedule A/B*: **17.1** | $35.00 | ■ | $35.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: Navy Federal CU: PO Box 3000 Merrifield, VA 22119-3000 Checking account xxxxxxx1232**<br>Line from *Schedule A/B*: **17.2** | $129.00 | ■ | $129.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: Philadelphia Federal Credit Union: 2136 E Dauphin St, Philadelphia, PA 19125 Checking account # xx8508**<br>Line from *Schedule A/B*: **17.3** | $108.00 | ■ | $108.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: Bank of America: PO Box 15284, Wilmington, DE, 19850 Checking account # xxxx-xxxx-6711**<br>Line from *Schedule A/B*: **17.4** | $250.00 | ■ | $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Debtor 1  **Nadia Arrella Glenn**  Case number (if known) **16-13439**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Savings: Bank of America: PO Box 15284, Wilmington, DE, 19850 Savings account # xxxx-xxxx-6711**<br>Line from Schedule A/B: **17.5** | $2,805.00 | ■ $2,805.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Savings: Citadel Federal CU: 520 Eagleview Blvd, Exton, PA 19341 Savings account # xxxxxx73-0**<br>Line from Schedule A/B: **17.6** | $350.00 | ■ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **401(k): Employer sponsored 401K held with Conrad Siegel Actuaries: 501 Corporate Cir, Harrisburg, PA 17110; Bebtor makes bi-weekly contributions = to 9.0% of gross income.**<br>Line from Schedule A/B: **21.1** | $47,267.29 | ■ $47,267.29<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes