IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: NADIA ARRELLA GLENN<br>**Debtor(s)** | )<br>) CHAPTER 7<br>)    Previous Chapter 13 |
| AMERICAN HONDA FINANCE CORPORATION d/b/a ACURA FINANCIAL SERVICES, ADMINISTRATOR FOR HONDA LEASE TRUST<br>**Moving Party** | )<br>)<br>) CASE NO. 16-13439 (AMC)<br>)<br>) HEARING DATE: **11-28-16 at 11:00 AM**<br>)<br>) 11 U.S.C. 362 |
| v.<br>NADIA ARRELLA GLENN<br>**Respondent(s)** | )<br>)<br>) |
| LYNN E. FELDMAN<br>**Trustee** | )<br>) |

### ORDER VACATING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the motion of American Honda Finance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2015 Acura RDX** bearing vehicle identification number 5J8TB3H37FL013165 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: 11/28/16

_____
UNITED STATES BANKRUPTCY JUDGE