United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-13439-amc
Nadia Arrella Glenn                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1          Date Rcvd: Jan 17, 2017
                             Form ID: 211           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2017.
db          +Nadia Arrella Glenn,    539 Foss Avenue,   Drexel Hill, PA 19026-2304
cr          +American Honda Finance Corporation, d/b/a Acura Fi,   P.O. Box 168088,   Irving, TX 75016-8088

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association as Trustee for The
           Pennsylvania Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.epiqsystems.com
          MICHAEL ALAN SIDDONS    on behalf of Debtor Nadia Arrella Glenn msiddons@siddonslaw.com,
           evanfullerlaw@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor   American Honda Finance Corporation, d/b/a Acura
           Financial Services, Administrator for Honda Lease Trust mortonlaw.bcraig@verizon.net,
           mhazlett@mortoncraig.com
                                                                              TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                    Chapter: 7

    Nadia Arrella Glenn

Debtor(s)                                                          Case No: 16–13439–amc

_____

*ORDER*

AND NOW, 1/17/17 , the debtor having failed to file either a statement regarding completion

of a course in personal financial management, <u>see</u> 11 U.S.C. § 727(a)(11); <u>see also</u> Bankruptcy

Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),


And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),


Accordingly, it is hereby ORDERED that the debtor shall have until 1/31/17 to file a statement

regarding completion of an instructional course concerning personal financial management or a request for a
waiver

from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing,

and without the debtor receiving his/her chapter 7 discharge. <u>See</u> Advisory Committee Note to Fed. R. Bankr. P.

4004.


For The Court

Ashely M. Chan

Judge ,United States Bankruptcy
Court