United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-13439-amc
Nadia Arrella Glenn                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey            Page 1 of 1              Date Rcvd: Jan 23, 2017
                            Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
db              +Nadia Arrella Glenn,    539 Foss Avenue,    Drexel Hill, PA 19026-2304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
           bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association as Trustee for The
           Pennsylvania Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com
          LYNN E. FELDMAN     trustee.feldman@rcn.com,   lfeldman@ecf.epiqsystems.com
          MICHAEL ALAN SIDDONS    on behalf of Debtor Nadia Arrella Glenn msiddons@siddonslaw.com,
           evanfullerlaw@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor   American Honda Finance Corporation, d/b/a Acura
           Financial Services, Administrator for Honda Lease Trust mortonlaw.bcraig@verizon.net,
           mhazlett@mortoncraig.com
                                                                                               TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Nadia Arrella Glenn  : Case No. 16−13439−amc
      Debtor(s)

## *ORDER*
_____

AND NOW, this day , January 23, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

69
Form 195