United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13439-amc
Nadia Arrella Glenn                                                       Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 2          Date Rcvd: Jan 23, 2017
                             Form ID: 318           Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
```
db          +Nadia Arrella Glenn,    539 Foss Avenue,    Drexel Hill, PA 19026-2304
13727426    +AES/Goal Financial,    PO Box 61047,    Harrisburg, PA 17106-1047
13727425    +Acs Inc,   Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13751878    +American Education Services,    PO Box 8183,    HARRISBURG, PA 17105-8183
13727443    ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
             (address filed with court:  Mabt/contfin,    121 Continental Dr Ste 1,   Newark, DE 19713)
13727433    +Citibank North America,    Attn: Centralized Bankruptcy,    Po Box 790040,
             Saint Louis, MO 63179-0040
13727434    +Citibank/The Home Depot,    Attn: Centralized Bankruptcy,    Po Box 790040,
             Saint Louis, MO 63179-0040
13727439    +Conrad Siegel Actuaries,    501 Corporate Circle,    Harrisburg, PA 17110-9760
13745155    +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
13814915    +U.S. Bank National Association (Trustee for the Pe,    PHFA Loan Servicing Division,
             211 North Front Street,    Harrisburg, PA 17101-1466
13767151     United States Department of Education,    Claims Filing Unit,    P O Box 8973,
             Madison, WI  53708-8973
13727450    +Us Dept Of Ed/GLELSI,    2401 International Lane,    Madison, WI 53704-3121
13727451    +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QLEFELDMAN.COM Jan 24 2017 01:43:00     LYNN E. FELDMAN,    Feldman Law Offices PC,
             221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg           E-mail/Text: bankruptcy@phila.gov Jan 24 2017 02:05:50     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2017 02:05:31
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 24 2017 02:05:39     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13727428     EDI: HNDA.COM Jan 24 2017 01:43:00     American Honda Finance,    1235 Old Alpharetta Rd,
             Alpharetta, GA 30005
13727427     EDI: HNDA.COM Jan 24 2017 01:43:00     American Honda Finance,    PO Box 168088,
             Irving, TX 75016
13733924     EDI: HNDA.COM Jan 24 2017 01:43:00     Acura Financial Services,    National Bankruptcy Center,
             P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6444
13727429    +EDI: TSYS2.COM Jan 24 2017 01:43:00     Barclays Bank Delaware,    Attn: Bankruptcy,
             PO Box 8801,    Wilmington, DE 19899-8801
13727431     EDI: CITICORP.COM Jan 24 2017 01:43:00     Childrens Place/Citicorp Credit Services,
             Attn: Citicorp Credit Services,    Po Box 20507,    Kansas City, MO 64195
13727430    +EDI: CAPITALONE.COM Jan 24 2017 01:43:00     Capital One,    Attn: Bankruptcy,    Po Box 30285,
             Salt Lake City, UT 84130-0285
13738978     EDI: CAPITALONE.COM Jan 24 2017 01:43:00     Capital One Bank (USA), N.A.,    PO Box 71083,
             Charlotte, NC  28272-1083
13727432     E-mail/Text: bankruptcycollections@citadelbanking.com Jan 24 2017 02:05:51
             Citadel Federal CU,    Attn: Collections/Bankruptcy,    520 Eagleview Blvd,
             Exton, PA 19341-1119
13727435    +EDI: CITICORP.COM Jan 24 2017 01:43:00     CitiCards/Sunoco,    Attention: Bankruptcy,
             7920 Nw 110th St.,    Kansas City, MO 64153-1270
13727436    +EDI: WFNNB.COM Jan 24 2017 01:43:00     Comenity Bank/Ann Taylor,    Po Box 182125,
             Columbus, OH 43218-2125
13727437     EDI: WFNNB.COM Jan 24 2017 01:43:00     Comenity Bank/Lane Bryant,    Po Box 18215,
             Columbus, OH 43218
13727438    +EDI: WFNNB.COM Jan 24 2017 01:43:00     Comenity Bank/Victoria's Secret,    Po Box 182125,
             Columbus, OH 43218-2125
13727440    +EDI: TSYS2.COM Jan 24 2017 01:43:00     Dsnb Bloomingdales,    Attn: Bankruptcy,    Po Box 8053,
             Mason, OH 45040-8053
13727441    +EDI: AMINFOFP.COM Jan 24 2017 01:43:00     First Premier Bank,    3820 N Louise Ave,
             Sioux Falls, SD 57107-0145
13727442    +EDI: IRS.COM Jan 24 2017 01:43:00     Internal Revenue Service,
             Centralized Insolvency Operation,    Po Box 7346,    Philadelphia, PA 19101-7346
13727444     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2017 02:05:31     PA Dept. of Revenue,
             Attn: Insolvency Section,    Strawberry Square,    11th floor,    Harrisburg, PA 17128-0001
13727445     E-mail/Text: blegal@phfa.org Jan 24 2017 02:05:34     PA Housing Fiance Age,
             2101 N. Front St.,    Harrisburg, PA 17110-1086
13727446     E-mail/Text: blegal@phfa.org Jan 24 2017 02:05:34     PA Housing Fiance Age,    Po Box 8029,
             Harrisburg, PA 17105-8029
13794818     EDI: PRA.COM Jan 24 2017 01:43:00     Portfolio Recovery Associates, LLC,    POB 41067,
             Norfolk VA 23541
13777462    +EDI: JEFFERSONCAP.COM Jan 24 2017 01:43:00     Premier Bankcard, Llc,
             c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13734945     EDI: Q3G.COM Jan 24 2017 01:43:00     Quantum3 Group LLC as agent for,
             Crown Asset Management LLC,    PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0313-2          User: Stacey          Page 2 of 2          Date Rcvd: Jan 23, 2017
                             Form ID: 318            Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13775121        EDI: Q3G.COM Jan 24 2017 01:43:00     Quantum3 Group LLC as agent for,   Comenity Bank,
                PO Box 788,   Kirkland, WA 98083-0788
13727447       +E-mail/Text: colleen.atkinson@rmscollect.com Jan 24 2017 02:05:54      Receivable Management,
                7206 Hull Street Rd Ste,   North Chesterfield, VA 23235-5826
13727448       +EDI: RMSC.COM Jan 24 2017 01:43:00     Synchrony Bank/Gap,   Attn: Bankruptcy,   Po Box 103104,
                Roswell, GA 30076-9104
13808158       +E-mail/Text: bncmail@w-legal.com Jan 24 2017 02:05:35      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13727449       +EDI: WTRRNBANK.COM Jan 24 2017 01:43:00     Target Credit Card,
                Attn: Financial & Retail Services,   PO Box 673,   Minneapolis, MN 55440-0673
13764437        EDI: BL-TOYOTA.COM Jan 24 2017 01:43:00     Toyota Motor Credit Corporation,
                c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
                                                                                   TOTAL: 31
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:

```
          DENISE ELIZABETH CARLON    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
          PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
          bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
          PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association as Trustee for The
          Pennsylvania Housing Finance Agency lhaller@pkh.com,  dmaurer@pkh.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.epiqsystems.com
          MICHAEL ALAN SIDDONS    on behalf of Debtor Nadia Arrella Glenn msiddons@siddonslaw.com,
          evanfullerlaw@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor   American Honda Finance Corporation, d/b/a Acura
          Financial Services, Administrator for Honda Lease Trust mortonlaw.bcraig@verizon.net,
          mhazlett@mortoncraig.com
                                                                                   TOTAL: 7
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Nadia Arrella Glenn** | Social Security number or ITIN    **xxx–xx–9771** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | | Social Security number or ITIN    _ _ _ _ |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Eastern District of Pennsylvania** | | |
| Case number:    **16–13439–amc** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nadia Arrella Glenn
aka Nadia Arrella Corbin

1/23/17

**By the court:**  <u>Ashely M. Chan</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2